UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPLIED PARTNERS, LLC,

Defendant.

Case No. Case: 1:25-cr-20850
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 11/12/2025
Description: INFO USA V. APPLIED PARTNERS, LLC, (AB)

## INFORMATION

## THE ACTING ASSISTANT ATTORNEY GENERAL CHARGES:

## INTRODUCTORY ALLEGATIONS

1.      Congress enacted 42 U.S.C. §§ 7401 et seq. (the Clean Air Act, or CAA) "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare…" To that end, Congress designated asbestos as a hazardous air pollutant. 42 U.S.C. § 7412(b)(1).

2.      Congress found that medical science has established no minimum level of exposure to asbestos fibers which is considered safe to individuals exposed to the fibers. 20 U.S.C. § 3601(a)(3). Thus, Congress authorized the United States Environmental Protection Agency (EPA) under the CAA to establish the National Emissions Standards for Hazardous Air Pollutants (NESHAP), commonly known as the "work practice standards," that must be followed to minimize the potential release of asbestos fibers by ensuring the safe and proper handling, removal, and

disposal of asbestos during renovation or demolition work. 42 U.S.C. § 7412(h)(1); 40 C.F.R. §§ 61.145 and 61.150.

3.     These work practice standards applied to an owner or operator demolishing a facility if the combined amount of regulated asbestos-containing material present in the facility equals or exceeds 260 linear feet on pipes, 160 square feet on other facility components, or 35 cubic feet once removed from any facility components. 40 C.F.R. § 61.145(a).

4.     The term "regulated asbestos-containing material" ("RACM") includes any material that contains more than one percent (1%) asbestos as determined by Polarized Light Microscopy and is "friable," or will become friable during removal.  The term "friable" means that the material can be crumbled, pulverized or reduced to powder by hand pressure when dry. 40 C.F.R. § 61.141.

5.     The federal asbestos regulations in effect at all times relevant to this Information require, among other things, that each owner or operator of a regulated demolition activity must:

a) Remove all regulated asbestos-containing material from a facility being demolished before any activity begins that would break up, dislodge, or similarly disturb the material or preclude access to the material for subsequent removal. 40 C.F.R. § 61.145(c)(1).

b) Adequately wet all regulated asbestos-containing material and ensure that it

remains wet until collected and contained or treated in preparation for disposal. 40 C.F.R. § 61.145(c)(6)(i).

c) Carefully lower all regulated asbestos-containing material to the ground and floor, not dropping, throwing, sliding, or otherwise damaging or disturbing the material. 40 C.F.R. § 61.145(c)(6)(ii).

d) Not strip, remove, or otherwise handle or disturb regulated asbestos-containing material unless at least one on-site representative, such as a foreman or management-level person or other authorized representative trained in the provisions of this regulation and the means of complying with them, is present. 40 C.F.R. § 61.145(c)(8).

## <u>COUNT ONE</u>
### Violation of Asbestos Work Practice Standards
### 42 U.S.C. §§ 7412(h) and 7413(c)(1)

6. The factual allegations contained in paragraphs one through five are realleged and incorporated by reference as though fully set forth herein.

7. Between on or about September 17, 2019 and on or about October 24, 2019, in the Eastern District of Michigan, Defendant Applied Partners, LLC, an owner and operator of a renovation and demolition activity at the former TRW Integrated Chassis Systems facility, located at 2328 East Genessee Avenue, Saginaw, Michigan, which contained at least 260 linear feet, 160 square feet, and 35 cubic feet of RACM, did knowingly perform acts and caused such acts to be

performed, and knowingly failed to perform acts and caused such acts to not be performed, in violation of NESHAP work practice standards, in that the Defendant failed to: (a) remove all regulated asbestos-containing material from a facility being demolished before any activity began that would break up, dislodge, or similarly disturb the material or preclude access to the material for subsequent removal; (b) adequately wet all regulated asbestos-containing material and ensure that it remained wet until collected and contained or treated in preparation for disposal; (c) carefully lower all regulated asbestos-containing material to the ground and floor, not dropping, throwing, sliding, or otherwise damaging or disturbing the material; and (d) have an on-site representative trained in the provisions of asbestos regulations at the facility during asbestos stripping, removal, handling, or disturbing operations.

All in violation of Title 42, United States Code, Sections 7412(h) and 7413(c)(1) and Title 18, United States Code, Section 2.

Dated: 11/10/2025

ADAM GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

Rachel M. Roberts
Trial Attorney
Environmental Crimes Section

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 1:25−cr−20850 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes        ☒ No | **AUSA's Initials:**  RR |

**Case Title:** USA v.  Applied Partners, LLC

**County where offense occurred :**  Saginaw County

**Check One:**        ☒ **Felony**                ☐ **Misdemeanor**                ☐ **Petty**

_____Indictment/__✓__Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 12, 2025
_____
Date

s/Rachel Roberts
_____

Trial Attorney U.S. Department of Justice
150 M Street NE
Washington D.C., 20002

E-Mail address:  Rachel.Roberts2@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.