AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA
**V.**

APPLIED PARTNERS LLC

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER:    0645 1:25-CR-20850-DML-0001

DEFENSE ATTORNEYS:    Matthew G. Borgula, Mikayla Hamilton

## THE DEFENDANT ORGANIZATION:

☒  pleaded guilty to count(s)    1 of the Information

☐  pleaded nolo contendere to count(s)
   which was accepted by the court.

☐  was found guilty on count(s)
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 42 U.S.C. §§ 7412(h), 7413 (c)(1), and 18 U.S.C. § 2. (Amended to Correct Clerical Error) | Violation of Asbestos Work Practice Standards, a Class D Felony | 10/24/2019 | 1 |

The defendant organization is sentenced as provided in pages 2 through ___5___ of this judgment.

☐  The defendant organization has been found not guilty on count(s)

☐  Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   81-4457828

Defendant Organization's Principal Business Address:
5222 Simpson Lake Road
West Bloomfield, MI 48323

Defendant Organization's Mailing Address:
5222 Simpson Lake Road
West Bloomfield, MI 48323

June 5, 2026
Date of Imposition of Judgment

s/David M. Lawson
Signature of Judge

David M. Lawson, United States Senior District Judge
Name and Title of Judge

June 11, 2026
Date

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2 — Probation

Judgment—Page ___2___ of ___5___

DEFENDANT ORGANIZATION:  APPLIED PARTNERS LLC
CASE NUMBER: 0645 1:25-CR-20850-TLL-0001

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: **Two years.**

The defendant organization shall not commit another federal, state or local crime.

   If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

| | | | |
|---|---|---|---|
| Judgment—Page | 3 | of | 5 |

DEFENDANT ORGANIZATION:  APPLIED PARTNERS LLC
CASE NUMBER: 0645 1:25-CR-20850-TLL-0001

## ADDITIONAL PROBATION TERMS

1.  The defendant agrees that it shall commit no further significant violations (as determined by the Court), which have not been remedied to the maximum extent possible within ten (10) days of the defendant being notified of the violation, of federal, state, or local law or regulations. The term "further significant violations" does not include any violations where the underlying act or omission occurred prior to this plea agreement.

2.  During the term of probation, the defendant shall notify the United States Probation Office for the Eastern District of Michigan of any corporate name change or any other change in corporate structure or governance that would materially affect this agreement and/or the sentence imposed, within 30 days of such change. No change in name, business reorganization, merger, change of legal status, or similar action or event shall alter the defendant's responsibilities under this agreement. The defendant agrees that it shall not knowingly engage in any action to seek to avoid the obligations and conditions set forth in this agreement.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT ORGANIZATION:  APPLIED PARTNERS LLC
CASE NUMBER:  0645 1:25-CR-20850-TLL-0001

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $500,000.00 | $ None |

☐    The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐    The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐    Restitution amount ordered pursuant to plea agreement  $ _____

☐    The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒    The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☒    the interest requirement is waived for    ☒    fine    ☐    restitution.

☐    the interest requirement for the    ☐    fine    ☐    restitution is modified as follows:

Judgment — Page    5    of    5

DEFENDANT ORGANIZATION:  APPLIED PARTNERS LLC
CASE NUMBER:  0645 1:25-CR-20850-TLL-0001

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    ☒   Lump sum payment of  $    500,400.00    due immediately, balance due

        ☐   not later than _____ , or
        ☐   in accordance with   ☐    C or   ☐    D below; or

**B**    ☐   Payment to begin immediately (may be combined with   ☐   C or   ☐   D below); or

**C**    ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐   Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant organization shall pay the cost of prosecution.

☐    The defendant organization shall pay the following court cost(s):

☐    The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: